**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

E. Jeffrey Walsh (SBN 009334)
Booker T. Evans, Jr. (SBN 009970)
Robert A. Mandel (SBN 022936)
*Attorneys for Plaintiff Redflex Traffic Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation,<br><br>    *Plaintiff*,<br><br>v.<br><br>AMERICAN TRAFFIC SOLUTIONS, INC., a Kansas corporation,<br><br>    *Defendant*. | Case No. 2:09-cv-02702-SRB<br><br>**UNOPPOSED MOTION FOR A CONTINUANCE BY REDFLEX TRAFFIC SYSTEMS, INC.**<br><br>(Assigned to the Hon. Susan R. Bolton) |

Redflex Traffic Systems, Inc. ("Redflex"), the plaintiff in this action against American Traffic Solutions, Inc. ("ATS") for false advertising and unfair competition pursuant to Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and state law, respectfully moves for a continuance of the Joint Pretrial Scheduling Conference presently scheduled to take place on June 28, 2010, together with all associated deadlines, including the June 21, 2010 filing deadline for the parties' proposed Case Management Plan, the June 21, 2010 service deadline for the parties' Initial Disclosure Statements, and the impending deadline for the parties' Rule 26(f) discovery conference (collectively, the "Scheduled Dates"), until such time as the United States Court of Appeals for the Ninth Circuit fully and finally

adjudicates Redflex's Petition for Writ of Mandamus Compelling Rescission of Attorney Disqualification Order, filed June 14, 2010 (the "Petition").

As good cause for this Motion for Continuance, Redflex respectfully submits as follows:

1. Redflex, by and through the law firm of Greenberg Traurig, LLP ("GT"), commenced this action against ATS on December 29, 2009 under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and state law.

2. ATS, on February 1, 2010, filed a motion to disqualify GT pursuant to Ethical Rule ("E.R.") 1.9(a) from continuing to serve as Redflex's trial counsel in this action.

3. This Court, on June 2, 2010, granted ATS's motion to disqualify GT (the "Disqualification Order").

4. Redflex, on June 14, 2010, filed its Petition in the United States Court of Appeals for the Ninth Circuit, wherein Redflex seeks immediate review of the Disqualification Order and the issuance of a writ compelling rescission of that decree and reinstatement of GT as its trial counsel in this action.

5. Redflex would need additional time beyond the Scheduled Dates in which to prepare the requisite Case Management Plan and Initial Disclosure Statement, and to prepare for the Joint Pretrial Scheduling Conference and Rule 26(f) discovery conference even in the absence of the mandamus proceeding, as Redflex first would have to find and engage new trial counsel, and that counsel would in turn have to acquaint themselves sufficiently with the parties' respective claims and defenses, together with the pertinent law and the relevant facts and circumstances, before they could deal responsibly with the foregoing matters.

6. Until the Court of Appeals fully and finally resolves Redflex's Petition, Redflex cannot be certain whether it will be necessary for it to engage

1 new trial counsel to replace GT in this action, and Redflex submits that it would
2 be unfair and inequitable if it were required to engage and acquaint new trial
3 counsel with this case during the pendency of the mandamus proceeding.

   7.   Neither of the parties previously has requested a continuance of the Scheduled Dates with the exception of one earlier request by ATS to stay the Rule 26(f) discovery conference, which this Court denied and which preceded the Disqualification Order.

   8.   Undersigned counsel for Redflex has conferred with attorney Randy J. McClanahan, attorney of record for ATS, regarding this Motion for Continuance. Mr. McClanahan has authorized undersigned counsel to state herein that ATS does *not* oppose Redflex's request.

   For all the foregoing reasons, Redflex respectfully requests that the Court issue an Order granting the requested continuance of the Scheduled Dates and for such further relief as the Court deems reasonable under the circumstances.

   RESPECTFULLY SUBMITTED this 17th day of June, 2010.

                                    GREENBERG TRAURIG, LLP


                                    By:  *Robert A. Mandel*
                                         E. Jeffrey Walsh
                                         Booker T. Evans, Jr.
                                         Robert A. Mandel

PHX 329,379,211v2

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on June 17, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Randy J. McClanahan
> Robert H. Espey, II
> McClanahan Myers Espey, LLP
> 3355 West Alabama, Suite 210
> Houston, TX 77098

☐ I hereby certify that on _____, 2010, I served the attached document by United States First Class Mail upon the following, who are registered participants of the CM/ECF System:

By: *s/ Patricia Berger*
Employee, Greenberg Traurig, LLP

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

-4-

*PHX 329,379,211v2*