**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| REDFLEX TRAFFIC SYSTEMS, INC., a Delaware corporation,<br><br>           *Plaintiff*,<br>*v.*<br><br>AMERICAN TRAFFIC SOLUTIONS, INC., a Kansas corporation,<br><br>           *Defendant*. | Case No. CV 09-2702-PHX-SRB<br><br>**ORDER**<br><br>(Assigned to the Hon. Susan R. Bolton) |

The Court, having considered Plaintiff Redflex Traffic Systems, Inc.'s ("Redflex") Unopposed Motion for Continuance, filed June 17, 2010 (Docket No. 37), wherein Redflex seeks a continuance of the Joint Pretrial Scheduling Conference presently set for June 28, 2010, together with all associated deadlines, including the June 21, 2010 filing deadline for the parties' Proposed Case Management Plan, the June 21, 2010 service deadline for the parties' Initial Disclosure Statements, and the impending deadline for the parties' Rule 26(f) Discovery Conference (collectively, the "Scheduled Dates"), until such time as the United States Court of Appeals for the Ninth Circuit fully and finally adjudicates Redflex's Petition for Writ of Mandamus, filed June 14, 2010; and the Court, having found good cause for the requested relief:

**IT IS HEREBY ORDERED** granting Redflex's Unopposed Motion for Continuance [doc. 37].

**IT IS FURTHER ORDERED** that the Joint Pretrial Scheduling Conference presently set for June 28, 2010, together with all associated deadlines, including the June 21, 2010 filing deadline for the parties' Proposed Case Management Plan, the June 21, 2010 service deadline for the parties' Initial Disclosure Statements, and the impending deadline for the parties' Rule 26(f) Discovery Conference (collectively, the "Scheduled Dates"), shall be continued until such time as the United States Court of Appeals for the Ninth Circuit fully and finally adjudicates Redflex's Petition for Writ of Mandamus, filed June 14, 2010; and

**IT IS FURTHER ORDERED** that this Court, upon notice that the Court of Appeals has fully and finally adjudicated Redflex's Petition for Writ of Mandamus, shall promptly set new deadlines for the aforementioned conferences, filings and disclosure statements.

Dated this 18th day of June, 2010.

_____
Susan R. Bolton
United States District Judge