FILED

UNITED STATES COURT OF APPEALS

JUN 30 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: REDFLEX TRAFFIC SYSTEMS, INC. | No. 10-71873 |
| REDFLEX TRAFFIC SYSTEMS, INC., Petitioner, | D.C. No. 2:09-cv-02702-SRB District of Arizona, Phoenix |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA (PHOENIX), Respondent, | |
| AMERICAN TRAFFIC SOLUTIONS, Real Party in Interest. | |

Before: KOZINSKI, Chief Judge, LEAVY and N.R. SMITH, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant a response. See Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real party in interest shall file a response.

AM/MOATT

The district court, within 14 days after the date of this order, may file a response if it so desires. Petitioner may file a reply within 5 days after service of the response(s).