FILED

AUG 13 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: REDFLEX TRAFFIC SYSTEMS INC. <br><br> REDFLEX TRAFFIC SYSTEMS INC, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA (PHOENIX), <br><br> Respondent, <br><br> AMERICAN TRAFFIC SOLUTIONS, <br><br> Real Party in Interest. | No. 10-71873 <br><br> D.C. No. 2:09-cv-02702-SRB <br> District of Arizona, <br> Phoenix <br><br> ORDER |

Before: KOZINSKI, Chief Judge, LEAVY and N.R. SMITH, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

All pending motions are denied as moot.

AM/MOATT