IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
**CIVIL MINUTES**

Phoenix Division

**CIV 09-2702-PHX-SRB**     DATE: 9-27-10
Year   Case No.

HON: SUSAN R. BOLTON     Judge # 7026

Redflex Traffic Systems, Inc.     v.   American Traffic Solutions, Inc.
Plaintiff(s)                          Defendant(s)

Deputy Clerk: Maureen Williams     Court Reporter: David German

Daniel Dowd and Cynthia Albracht-Crogan     Randy McClanahan
Plaintiff(s) counsel                          Defense counsel
================================================================================
**PROCEEDINGS**:   X  Open Court     _Chambers     _ SEALED

This is the time set for Scheduling Conference. Deadlines discussed and entered. Scheduling Order to follow. A copy of the Joint Proposed Pretrial Order is provided to counsel this date.


Hearing length:     19 minutes