IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Redflex Traffic Systems, Inc., ) | No. CV09-2702-PHX-SRB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| American Traffic Solutions, Inc., ) | |
| Defendant. ) | |

The Court has reviewed Defendant's Motion for Leave to File an Amended Answer and Counterclaim, Plaintiff's Response and the Reply.

IT IS ORDERED granting Defendant's Motion for Leave to File an Amended Answer and Counterclaim (Doc. 55). The Court cannot say that the proposed counterclaim is futile.

DATED this 17th day of February, 2011.

_____
Susan R. Bolton
United States District Judge