Exhibit B

CONTACT

SEARCH

RTS GROUP HOME SOLUTIONS RESULTS MEDIA ABOUT US

Testimonials Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

## RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

## SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html

TRAFFIC SYSTEMS

CONTACT

RTS GROUP | HOME | SOLUTIONS | RESULTS | MEDIA | ABOUT US | SEARCH

Testimonials Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Belmont, CA
Beverly Hills, CA
Bell Gardens, CA
Belmont, CA
Citrus Heights, CA
Commerce, CA
Corona, CA
Culver City, CA
Daly City, CA
Del Mar, CA
El Cajon, CA
El Monte, CA
Elk Grove, CA
Emeryville, CA
Encinitas, CA
North Dakota
South Dakota
Nebraska
Kansas
Oklahoma
Texas
Colorado
Wisconsin
Missouri
Arkansas
Mississippi
Alabama
Kentucky
Indiana
West Virginia
Pennsylvania
Maine
Connecticut
Delaware
Maryland
District of Columbia
POWERED BY Google
Map data ©2011 Europa Technologies, INEGI - Terms of Use

### RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

### SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html



TRAFFIC SYSTEMS

CONTACT

RTS GROUP HOME SOLUTIONS RESULTS MEDIA ABOUT US

SEARCH

Testimonials Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Escondido, CA
Fairfield, CA
Fremont, CA
Garden Grove, CA
Gardena, CA
Glendale, CA
Grand Terrace, CA
Hawthorne, CA
Hayward, CA
Highland, CA
Huntington Beach, CA
Inglewood, CA
Laguna Woods, CA
Lancaster, CA
North Dakota
South Dakota
Nebraska
Colorado
Kansas
Oklahoma
Texas
Missouri
Arkansas
Mississippi
Alabama
Kentucky
West Virginia
Wisconsin
Maine
Connecticut
Delaware
Maryland
District of Columbia
POWERED BY Google
Map data ©2011 Europa Technologies, INEGI - Terms of Use

## RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

## SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html




# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Los Alamitos, CA
Lynwood, CA
Marysville, CA
Maywood, CA
Menlo Park, CA
Modesto, CA
Montebello, CA
Moreno Valley, CA
Napa, CA
Newark, CA
Sacramento, CA
San Bruno, CA
San Rafael, CA
Oakland, CA
Oceanside, CA
POWERED BY Google
Map data ©2011 Europa Technologies, INEGI - Terms of Use

## RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

## SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html



# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Oroville, CA
Oxnard, CA
Poway, CA
Rancho Cucamonga, CA
Redding, CA
Redwood City, CA
Ridgecrest, CA
Rio Vista, CA
Riverside, CA
Rocklin, CA
San Bruno, CA
San Carlos, CA
San Jose, CA
San Leandro, CA
POWERED BY Google
Map data ©2011 Europa Technologies, INEGI - Terms of Use

## RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

## SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html



TRAFFIC SYSTEMS

CONTACT

RTS GROUP | HOME | SOLUTIONS | RESULTS | MEDIA | ABOUT US

SEARCH

Testimonials Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

San Mateo, CA
Santa Ana, CA
Santa Clarita, CA
Solana Beach, CA
South Gate, CA
Stockton, CA
Topanga State Park, CA
Union City, CA
Upland, CA
Ventura, CA
Victorville, CA
Vista, CA
Walnut, CA
Yuba City, CA
North Dakota
South Dakota
Nebraska
Colorado
Kansas
Oklahoma
Texas
Arkansas
Missouri
Iowa
Wisconsin
Kentucky
West Virginia
Pennsylvania
Mississippi
Alabama
Maine
Connecticut
Delaware
Maryland
District of Columbia
POWERED BY Google
Map data ©2011 Europa Technologies, INEGI - Terms of Use

## RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

## SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html




TRAFFIC SYSTEMS

CONTACT

RTS GROUP HOME SOLUTIONS RESULTS MEDIA ABOUT US

SEARCH

Testimonials Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Yucaipa, CA
Fort Collins, CO
Griffin, GA
Hapeville, GA
Moultrie, GA
Rome, GA
Savannah, GA
Thomasville, GA
Tifton, GA
Clive, IA
Council Bluffs, IA
Davenport, IA
Sioux City, IA
Alsip, IL
Aurora, IL
North Dakota
South Dakota
Nebraska
Kansas
Oklahoma
Texas
Colorado
Iowa
Missouri
Arkansas
Mississippi
Alabama
Louisiana
Wisconsin
Indiana
Kentucky
West Virginia
Pennsylvania
Maine
Connecticut
New Jersey
Delaware
Maryland
District of Columbia
Denver
Lincoln
Omaha
Wichita
Dallas
Austin
Houston
San Antonio
Tucson
Philadelphia
Jacksonville
Montreal
Quebec
Toronto
POWERED BY Google
Map data ©2011 Europa Technologies, INEGI - Terms of Use

## RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

## SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html



TRAFFIC SYSTEMS

CONTACT

RTS GROUP | HOME | SOLUTIONS | RESULTS | MEDIA | ABOUT US

SEARCH

Testimonials Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Bellwood, IL
Burbank, IL
Brookfield, IL
Calumet Park, IL
Carol Stream, IL
Carpentersville, IL
Chicago, IL
Countryside, IL
East St. Louis, IL
Elgin, IL
Evergreen Park, IL
Fox Lake, IL
Geneva, IL
Gurnee, IL
Highland Park, IL
North Dakota
South Dakota
Nebraska
Kansas
Oklahoma
Texas
Colorado
Missouri
Arkansas
Mississippi
Alabama
Kentucky
West Virginia
Pennsylvania
Maine
Connecticut
Delaware
Maryland
District of Columbia
POWERED BY Google
Map data ©2011 Europa Technologies, INEGI - Terms of Use

### RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

### SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html




TRAFFIC SYSTEMS

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Justice, IL
Lyons, IL
Naperville, IL
New Lenox, IL
North Chicago, IL
Northfield, IL
Northlake, IL
North Riverside, IL
Oak Lawn, IL
Olympia Fields, IL
Orland Park, IL
Palos Heights, IL
Richton Park, IL
South Elgin, IL
St. Charles, IL
Map data ©2011 Europa Technologies, INEGI - Terms of Use

### RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

### SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html


TRAFFIC SYSTEMS

CONTACT

RTS GROUP | HOME | SOLUTIONS | RESULTS | MEDIA | ABOUT US | SEARCH

Testimonials   Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Stickney, IL
South Holland, IL
Summit, IL
Tinley Park, IL
Baker, LA
Broussard, LA
Denham Springs, LA
Gretna, LA
Lafayette, LA
Jefferson Parish, LA
Westwego, LA
Zachary, LA
Saugus, MA
Minneapolis, MN
Edmundson, MO
Map data ©2011 Europa Technologies, INEGI - Terms of Use

**RECENT NEWS**

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

**SHAUN DOSS MIRACLE FUND**

http://www.shaundoss.com/index.html



TRAFFIC SYSTEMS

CONTACT

RTS GROUP | HOME | SOLUTIONS | RESULTS | MEDIA | ABOUT US

SEARCH

Testimonials Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Festus, MO
Hannibal, MO
St. Peters, MO
Wentzville, MO
Columbus, MS
Bozeman, MT
Cary, NC
Greenville, NC
Indian Trail, NC
Knightdale, NC
Marshville, NC
Monroe, NC
Stallings, NC
Cherry Hill, NJ
Edison, NJ
North Dakota
South Dakota
Wisconsin
Nebraska
Colorado
Kansas
Missouri
Oklahoma
Arkansas
Texas
Mississippi
Alabama
Kentucky
Indiana
West Virginia
Pennsylvania
Maine
Connecticut
Delaware
Maryland
District of Columbia
Map data ©2011 Europa Technologies, INEGI - Terms of Use

### RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

### SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html


TRAFFIC SYSTEMS

CONTACT

RTS GROUP | HOME | SOLUTIONS | RESULTS | MEDIA | ABOUT US

SEARCH

Testimonials Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Hillside, NJ
Newark, NJ
New Brunswick, NJ
Paterson, NJ
Phillipsburg, NJ
Springfield, NJ
Stratford, NJ
Albuquerque, NM
Las Cruces, NM
Rio Rancho, NM
Santa Fe, NM
North Las Vegas, NV
Rochester, NY
Columbus, OH
Dayton, OH
POWERED BY Google
Map data ©2011 Europa Technologies, INEGI - Terms of Use

### RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

### SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html



TRAFFIC SYSTEMS

CONTACT

RTS GROUP | HOME | SOLUTIONS | RESULTS | MEDIA | ABOUT US

SEARCH

Testimonials Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Garfield Heights, OH
Hamilton, OH
Middletown, OH
Northwood, OH
Parma, OH
Parma Heights, OH
South Euclid, OH
Springfield, OH
Sylvania Twp., OH
Toledo, OH
Trotwood, OH
West Carrollton
Albany, OR
Beaverton, OR
Hillsboro, OR
North Dakota
South Dakota
Nebraska
Kansas
Oklahoma
Texas
Colorado
Iowa
Missouri
Arkansas
Wisconsin
Indiana
Kentucky
Mississippi
Alabama
West Virginia
Maine
Connecticut
Delaware
Maryland
District of Columbia
POWERED BY Google
Map data ©2011 Europa Technologies, INEGI - Terms of Use

### RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

### SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html



TRAFFIC SYSTEMS

CONTACT

RTS GROUP | HOME | SOLUTIONS | RESULTS | MEDIA | ABOUT US

SEARCH

Testimonials Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Medford, OR
Newberg, OR
Roseburg, OR
Salem, OR
Sherwood, OR
St. Helens, OR
Tualatin, OR
Woodburn, OR
Sioux Falls, SD
Clarksville, TN
Farragut, TN
Johnson City, TN
Jonesborough, TN
Kingsport, TN
Morristown, TN
North Dakota
South Dakota
Nebraska
Colorado
Kansas
Oklahoma
Texas
Missouri
Arkansas
Mississippi
Alabama
Kentucky
Wisconsin
Indiana
West Virginia
Pennsylvania
Maine
Connecticut
Delaware
Maryland
District of Columbia
Denver
Lincoln
Omaha
Wichita
Dallas
Austin
San Antonio
Houston
Tucson
Philadelphia
Toronto
Ottawa
Montreal
Quebec
Jacksonville
POWERED BY Google
Map data ©2011 Europa Technologies, INEGI - Terms of Use

## RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

## SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html



CONTACT

RTS GROUP | HOME | SOLUTIONS | RESULTS | MEDIA | ABOUT US | SEARCH

Testimonials   Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Mount Carmel, TN
Oak Ridge, TN
Selmer, TN
Union City, TN
Allen, TX
Austin, TX
Balch Springs, TX
Bedford, TX
Coppell, TX
Corpus Christi, TX
Dalworthington Gdns., TX
Denton, TX
Duncanville, TX
El Paso, TX

### RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

### SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Farmers Branch, TX
Forney, TX
Frisco, TX
Grand Prairie, TX
Granite Shoals, TX
Haltom, TX
Harlingen, TX
Hurst, TX
Killeen, TX
Lake Jackson, TX
Lancaster, TX
League City, TX
Lewisville, TX
Longview, TX
Marshall, TX

## RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

## SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

### RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

### SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html






TRAFFIC SYSTEMS

CONTACT

RTS GROUP | HOME | SOLUTIONS | RESULTS | MEDIA | ABOUT US

SEARCH

Testimonials Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Albemarle County, VA
Chesapeake, VA
Fairfax, VA
Newport News, VA
Virginia Beach, VA
Auburn, WA
Bremerton, WA
Burien, WA
Fife, WA
Lakewood, WA
Monroe, WA
Moses Lake, WA
Mountlake Terrace, WA
North Dakota
South Dakota
Nebraska
Kansas
Oklahoma
Texas
Colorado
Missouri
Arkansas
Iowa
Wisconsin
Kentucky
West Virginia
Pennsylvania
Maine
Connecticut
Delaware
Maryland
District of Columbia
Louisiana
Mississippi
Alabama
Denver
Lincoln
Omaha
Wichita
Dallas
Austin
San Antonio
Houston
Tucson
Philadelphia
Toronto
Ottawa
Montréal
Québec
Jacksonville
POWERED BY Google
Map data ©2011 Europa Technologies, INEGI - Terms of Use

### RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

### SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html



TRAFFIC SYSTEMS

CONTACT

RTS GROUP | HOME | SOLUTIONS | RESULTS | MEDIA | ABOUT US

SEARCH

Testimonials   Program Success

# Solutions installed nationwide

Redflex Traffic Systems, Inc. is the largest and longest-established photo enforcement technology provider in the U.S. with more than 1,200 fully operational systems making a public safety impact in more than 240 communities in 21 states.

As the industry leader, Redflex pioneered the expansion of fixed and mobile red light cameras (REDFLEXred®) and fixed and mobile speed enforcement cameras (REDFLEXspeed®), in addition to railroad crossing enforcement cameras (REDFLEXrail®) and stop sign enforcement cameras (REDFLEXstop®).

Redflex turnkey automated enforcement programs typically include all hardware, installation, maintenance, software, citation processing, mailing, adjudication services, payment possessing, collections, process serving, public outreach and training.

## Nationwide Redflex Installations

(Use the map controls to zoom and move, Click marker or location name on left for more information)

Chesapeake, VA
Fairfax, VA
Newport News, VA
Virginia Beach, VA
Auburn, WA
Bremerton, WA
Burien, WA
Fife, WA
Lakewood, WA
Monroe, WA
Moses Lake, WA
Mountlake Terrace, WA
SeaTac, WA
Tacoma, WA
North Dakota
South Dakota
Nebraska
Kansas
Oklahoma
Texas
Colorado
Missouri
Arkansas
Mississippi
Alabama
Kentucky
Indiana
Wisconsin
Iowa
West Virginia
Pennsylvania
Maine
Connecticut
Delaware
Maryland
District of Columbia
Denver
Lincoln
Wichita
Dallas
Austin
San Antonio
Houston
Tucson
Jacksonville
Philadelphia
Montréal
Québec
POWERED BY Google
Map data ©2011 Europa Technologies, INEGI - Terms of Use

### RECENT NEWS

**Put speed cameras back on freeways**

The Arizona Republic January 5, 2011 Full Opinion ...

**Baker's photo enforcement program is a phenomenal success**

Zachary Today December 22, 2010 Full Article ...

**Road Safety Camera Helps to Identify Driver in Deadly Hit & Run**

PHOENIX, AZ—December 9, 2010—Today, Tempe, Arizona Police arrested a 20-year old man in connection with the dragging death of an Arizona State...

» Read all news

### SHAUN DOSS MIRACLE FUND

http://www.shaundoss.com/index.html