Exhibit D



## AGM 2010 Presentations

**19 November 2010**

Redflex is pleased to release the Chairman's Address, the Chief Executive Officer's Report and Presentations that will be made at the Annual General Meeting today.

For further information:

| | |
|---|---|
| Graham Davie | Marilyn Stephens |
| Chief Executive Officer | Company Secretary |
| Graham.davie@redflex.com.au | marilyn.stephens@redflex.com.au |
| +61 3 9674 1715 | +61 3 9674 1712 |



**Redflex Holdings Limited**
ACN: 069 306 216

Level 1, 31 Market Street (PO Box 720)
South Melbourne, Victoria, Australia 3205
Tel: +61 3 9674 1715
Fax: +61 3 9699 3566
Web: www.redflex.com.au

# Chairman's Address
# to the 2010 Annual General Meeting

Ladies and Gentlemen, on behalf of the directors of Redflex Holdings Limited, it is my pleasure to welcome you to the 2010 Annual General Meeting.

Your company, despite a difficult 2010 financial year continues to be profitable and has maintained its number one position in its industry.  Underlying profitability for the group remains strong after eliminating a number of non-recurring effects for the year, which adversely affected the reported profit.

## Economic Environment

In the wake of the Global Financial Crisis, the US economy is still weak and it appears to us that it may take some time to recover.  As our business is predominantly in the United States, our exposure to the difficult conditions there will have an impact on the rate at which we grow.  While we are planning to keep growing at healthy rates, the expectation of growth flagged a couple of years back has needed to be moderated to acknowledge the new, post-GFC reality.

As a further flow on from the GFC and the comparatively strong Australian economy, we are experiencing the current high exchange rate, near parity with the US dollar.  If sustained at the current level, this imposes additional challenges in remaining competitive in international markets.

## Acquisition Process

The company, in conjunction with its advisers has been undertaking a process to determine whether a firm offer to acquire the shares of the company can be elicited from a short list of potential acquirers at a price that the board would feel is appropriate to put before shareholders. A first stage of the process has now been completed.  During that stage interested parties were invited to submit indicative offers based on initial due diligence information provided under appropriate confidentiality agreements.  The short-list of parties have been invited to participate in a second stage of the process where further due diligence information is being provided to enable those parties to provide firm offers.  If and when firm offers are received, the board will assess the offers and determine whether to recommend an offer to shareholders. The board has not made any decision as to the ultimate outcome of the process at this stage and gives no assurance that a suitable offer will be forthcoming from the process.  Redflex has a strong future in its current form and the board is continuing to ensure that shareholder value is created in the business regardless of the outcome of the process.

**Redflex Holdings Limited**

## Strategic Direction

Over the year the new board members moved quickly to gain an understanding of the company, the environment in which it operates, its business and its people.  We have set strategic principles to guide the direction of the company, and the actions flowing from those strategic initiatives are starting to bear fruit.

Key elements of the strategy are:

- maximizing revenue from existing, new and renewed contracts;
- reducing risk in the business;
- reducing both operating and capital costs through innovative technology developments.  These developments will flow through to reduced sunk infrastructure cost, and therefore much lower risk of write-downs in the event of a contract being discontinued, and improved quality of revenue streams due to the ability to redeploy cameras efficiently to new locations ; and
- identifying new sources of revenue from existing customers.

It is pleasing to see that initiatives in these areas are starting to bear fruit.

There have been positive developments in our US business with new contracts, growth in our installed base, increasing revenues and initiatives to improve operational efficiency.  Also our Australian and international business has grown, with new major contract wins giving rise to a high level of year-on-year growth in revenue and profit.

Graham and Karen and the team will provide additional detail on those developments in their following presentations.

## Dividend

Reflecting the strength in the underlying business and the strong operating cash flows, the Board felt it was appropriate to declare a fully franked dividend of 5 cents per share.  Subject to approval of the proposed resolution to change the company's constitution later in this meeting, the dividend will be paid shortly after this AGM.

## Major Issues in FY10

There have been two major issues that the company has faced over the last financial year: litigation by our competitor and the Arizona state-wide contract.  Both of these issues are now largely behind us, but they have had a major impact on the reported results for the year.  Because of the non-recurring nature of these events we have also, in the Annual Report, shown the underlying results with these non-recurring effects eliminated.

## Competitor Litigation

Our largest competitor in the US brought a legal action against the company in 2008 claiming false advertising.  The board believed that the approach was unjustified and opportunistic, and decided

to pursue the case all the way to trial. The case went to trial in May 2010 and Redflex won convincingly on all counts.

Despite the outcome the defence of that litigation cost us $4.3 million, a necessary expense to counter a serious threat from the competitor, but it has had a significant negative effect on our results for the 2010 financial year.  It has also been an enormous distraction for management.  We have submitted a claim for costs and the outcome of that is yet to be determined.  In addition the competitor has lodged an appeal, which could take some time to be heard.

We have a separate claim that we have made against the same competitor, which we believe to be strong and we will continue to pursue that claim.  It is anticipated that the matter will not go to trial until 2012.

## Arizona State-wide Speed Contract

In 2008, our US subsidiary entered into a contract with the Department of Public Safety in the State of Arizona for the provision of photo-enforcement services, involving 40 mobile speed vans, and 36 fixed speed cameras, with expectations that the total number of cameras would increase to 170. The contract encountered problems early with delays in access to required court data, resource constraints in the court system resulting in a large number of citations being rejected, intense media and interest group opposition, poor collection rates, with citizens actively encouraged not to pay fines, and many items of proposed legislation introduced that could have had a major negative impact on the program.  As a consequence of many of these issues, the contract ran at a loss. There were some incremental changes in performance through the 2010 financial year, to the extent that we felt it might become profitable over time.  However, in what appeared to be a political decision, the contract was not renewed at the end of the base term of two years, and we were required to shut down the systems.  This resulted in a large write-down of the investment in camera systems.  Together with the operating loss on the program, this was responsible for a large part of the poor net profit result.

## Major Achievements

There have been some impressive achievements over the course of the year.  Even though the financial environment is difficult in the US, our business there continues to grow.  328 new camera systems were installed over the course of FY10 with a net increase in the installed base of 218.  This has underpinned the increases in revenue.

There have also been notable successes in our Australian and International business, with new or extended orders in most states in Australia and new major contracts in Ireland, Saudi Arabia and Canada, among others.

Leading edge technologies have been key to successes of Redflex in the past, and new technology continues to be developed – both to keep us competitive in new product offerings and to continue to enhance internal operational efficiencies and return on investment.

## Outlook

There are challenges ahead, but there is also great potential, and Redflex is well positioned to take advantage of that potential.  We expect the business to continue to grow both in the US and internationally.  With the two major negative issues in the US now behind us, we expect growth to accelerate as the economy recovers progressively.

## Thanks

Thank you again for your attendance today and for your support for Redflex.  I also take this opportunity to thank my board colleagues, and all of the dedicated staff who have collectively contributed to the successes of the company over many years.

Max Findlay
19 November 2010

**Redflex Holdings Limited**
ACN: 069 306 216

Level 1, 31 Market Street (PO Box 720)
South Melbourne, Victoria, Australia 3205
Tel: +61 3 9674 1715
Fax: +61 3 9699 3566
Web: www.redflex.com.au

## Annual General Meeting 2010

## Chief Executive Officer's Report

### Introduction

Ladies and Gentlemen,

Thank you for attending today's meeting.

The 2009/2010 year was one of the more challenging years that your company has faced.  Despite that, Redflex has maintained its leading position in its industry, and remains in a strong position with good prospects for the future.  Over the course of the 2010 financial year the revenue base has grown on the back of an increase in the installed base of camera systems, and increased international sales.

I am pleased to report that year to date results for the first four months of the current 2010/2011 financial year FY11, are tracking well ahead of budget.  This is particularly pleasing considering the headwinds we encountered during the previous financial year.

We operate in an industry where we can contribute to safety outcomes around the world, while at the same time delivering returns to shareholders.  Our safety camera systems, for speed, red-light and other types of photo enforcement are essential tools in combating the massive global road safety problem.

For the remainder of this presentation, I will address high level Redflex group issues, and also the Australian-based Redflex International business.  Karen Finley will provide a review and update on the US based business.

### Financials

Redflex continued to grow revenue in the 2010 financial year.   Group revenue grew from $130.9 million in FY09 to $136.6 million in FY10, an increase of 4.3%.  However this was in the context of an adverse movement in exchange rates and on an exchange rate adjusted basis, revenue grew by 19%.  The average annual growth in revenue over the past five years has been approximately 30% per year.

Approximately 79% of group revenue was generated from our US operations, with the remaining 21% emerging from our Australian and International operations.

**Redflex Holdings Limited**

The financial performance for the year has been affected significantly by a number of major non-recurring issues in the US, including

- The litigation by a competitor, which cost us considerably to defend;

- the Arizona state-wide speed contract which did not perform to our expectations and was ended in July this year;

- Write-downs on contract terminations and pre-contract costs incurred ahead of realizing value from the contracts in future years, and restructuring costs.

I present here both the reported results and the underlying numbers which exclude the effect of those non-recurring elements:

- Earnings Before Interest, Tax, Depreciation and Amortisation (EBITDA) fell from $45.5 million to $33.0 million.  The underlying result, excluding non-recurring effects rose by 8.2% to $49.2million.  If exchange rate effects are also taken into account the comparative growth in underlying EBITDA would have been 29%.

- Net Profit Before Tax (NPBT) was down to $442,000, however the underlying NPBT was $19.1 million, up 42% on the $13.4 million reported for the previous financial year.

- Net Profit After Tax (NPAT) was down from $9.6 million to $715,000, again reflecting the impact of the non-recurring items for the year.

### Effect of Exchange Rate

The average USD exchange rate for the 2010 financial year was 88.2 cents, compared with 74.8 cents for the previous financial year.  This was an adverse movement of approximately 18% affecting the income statement.  For balance sheet conversion the year end rates drive the comparison and an adverse movement occurred of 6.5% from 80.5 cents to 85.7 cents.

The current exchange rates could well give rise to a similar adverse effect in the current year if they continue at the same high rates.  We make no prediction about exchange rates for the year ahead.

### Capital Management

The Redflex business in the US remains capital intensive with the requirement to fund up-front capital costs of traffic cameras.  We do have a range of technology development initiatives to reduce capital costs of cameras, and these cost reductions should flow progressively over approximately 3 years as developments are progressed.

Our current facilities with our banking partners are adequate to support our growth plans.  We have a facility of about US$100million with some of the facility covering US dollar borrowings to fund our growth in the US and the remainder allocated to A$ facilities to cover working capital requirement and payment and performance guarantees.

Early in the 2010 financial year, the company raised $32million in additional capital to strengthen the company's balance sheet, supplement the existing banking arrangements and allow the company to respond to new opportunities as and when they arise.

Cash flow from operation remains strong and has contributed substantially to the capital expenditure incurred in installing new camera systems in the US.  Our expectation is that operating cash flow will exceed the capital requirement in the US in the current year, and we therefore expect to be in a position to retire some of the bank debt.

## International Business

### Canada

We have delivered an enhanced version of our Image and Incident Processing System (IIPS) to the Insurance Corporation of British Columbia in Canada, for use along with Redflex red-light and speed cameras being installed throughout the Province.  This has been a cooperative project utilising expertise from both the USA and Australia to deliver a total solution for the customer.

### Saudi Arabia

In Saudi Arabia another major project came to fruition after extended negotiations.  In October 2009, we signed a number of contracts for the Saudi Arabia Automated Traffic Violations Administering and Monitoring (ATVAM) Project.  The project encompasses the supply of mobile radar cameras, ticket processing software and the outsourced management and operation of the back-office processing centre.  Redflex has commenced roll-out of the program which has the potential to provide a large ongoing revenue stream for the company.  More recently we signed a further contract for a large number of fixed camera systems and expect to be delivering against that contract shortly.

### Ireland

Continuing with our progress in Ireland (as a member of the Go Safe Consortium), the Prime Contract was signed with the government of Ireland.  The outsourced enforcement camera project is a five year service program with a possible extension for another year.  The Go Safe Consortium comprises Redflex, Spectra (in Ireland) and Egis Projects SA (in France).  All of the required mobile radar camera equipment has been supplied and the IIPS ticket processing system has been installed.  The system went live and began issuing tickets this week.

### Qatar

Our traffic safety program in Qatar is still one of the largest programs in the region and continues to grow, with the installation of 12 freeway speed camera systems in the capital city of Doha.  Over 100 cameras have now been delivered to that customer.

### New Zealand

Our business in New Zealand continues as our mobile radar system has been approved and we have delivered systems to the New Zealand Police.  The systems have been commissioned and are now live.  We continue to support the success of the Mobile Speed Camera program.

*Hong Kong*

In Hong Kong Redflex has supplied and installed the first stage of our 20 radar-based speed only camera systems.  The systems are to be rotated among 100+ fixed locations on Hong Kong roads and freeways which are to be installed over the coming year.

## Australia Business

The Australian/International business has continued to perform well despite the challenging economic environment.

*New South Wales*

A significant highlight of the year was the award of the Roads and Traffic Authority (RTA) of New South Wales Interim Mobile Enforcement Program.  This is an interim solution to provide and operate six in-car mobile cameras throughout the state of New South Wales.  The win was of strategic importance to Redflex as there is significant growth potential in the New South Wales market.

In New South Wales our other opportunities continue to grow.  Our point-to-point camera system was approved for enforcement purposes in the state.  A fully optioned system has been installed at Bathurst.  The cameras use optical character recognition to record the number plate of a vehicle as it passes a first camera, which is then compared with an image of the vehicle as it passes a second camera.  The average speed is calculated and any vehicle with average speed exceeding the speed limit is prosecutable.

Redflex was also selected to supply 44 red right camera systems, out of 66 tendered, to the RTA in NSW.

We also won a tender to provide Bus Lane Enforcement camera systems for installation in Sydney.  The world leading Redflex Bus Lane Enforcement System also received recognition with the award for Excellence in Technology/Innovation from the Chartered Institute of Logistics & Transport Australia in NSW.  The system uses a very sophisticated combination of Redflex camera, automated number plate recognition and video technology to enforce the proper use of bus lanes throughout the city.

*Northern Territory*

Redflex continues to provide outsourced notice processing services to the Government of the Northern Territory.  In combination with the RTA mobile enforcement program, Redflex now provides full end-to-end enforcement services in Australia.

*Victoria*

In Victoria, our close working association with the Department of Justice has resulted in a series of wins.  In this financial year, we have delivered or are delivering a total of 40 red-light and speed cameras throughout the State.

*South Australia*

In South Australia we won the tender for the supply of enforcement cameras for the next three years.  The tender contains a very extensive scope covering red light/speed cameras, fixed speed cameras, point-to-point cameras and railway crossing enforcement cameras.  The Department for Transport, Energy and Infrastructure will issue purchase orders under the contract for supply as required.  We have delivered red-light and speed cameras and rail crossing cameras and we are installing a trial point-to-point system in FY2011.  Our back-office software system has been upgraded to issue infringements for unregistered or uninsured vehicles.

*Western Australia*

Working to tight deadlines in Western Australia, we have installed 12 red-light and speed cameras and have upgraded our Image and Incident Processing Software (IIPS) to issue infringements.  We have also installed an Automatic Number Plate Recognition system for the Western Australia Main Roads Department to monitor truck travel times to the Port of Fremantle.

*Queensland*

We continue to enhance our IIPS ticket processing system delivered to the Queensland Police Service.  We have also commenced a trial of two point-to-point systems on the Bruce Highway near Brisbane, a pilot red-light/speed system in the Brisbane CBD, and a mobile radar unit.

## Research and Development

Our research and development activities continue with the development of a lane specific speed enforcement radar system and integration of secondary speed verification systems into our radar products.  Secondary speed verification systems use two independent speed measurement devices to provide a "double-check" on any prosecution.  This provides jurisdictions with peace-of-mind that the enforcement system is continually monitored for accuracy and performance.

Our back-office team is working on productivity improvements for our USA operation.  A printing solution has been developed to extract efficiencies in our back-office in Phoenix.  We are also providing efficiency and automation systems for use in the maintenance of our camera network.  Our Digital Camera Management System monitors the camera network and will automatically detect issues and raise alarms.

## Approvals

We are continuing with our drive into new markets by seeking technical approvals in various European countries.  Type approval was granted for the new Radarcam systems by the Nederlands Meetinstituut (NMi) in The Netherlands.  This NMi approval can be used to support type approval in other European countries.  NMi has approved the Redflex radar system to operate as a fixed enforcement camera and a mobile enforcement camera installed either in a car or on a tripod.  In Turkey, our Red-Speed product has been approved by the National Metrology Institut.  The REDFLEXpoint-to-point system has been approved for enforcement in NSW.

**Outlook for the 2011 Financial Year**

With the termination of the Arizona state wide program and the win for Redflex in the litigation brought by a competitor, two of the largest negative effects of the 2009/2010 financial year are now behind us and we can focus on building the business and delivering value to shareholders.

Notwithstanding the adverse economic climate in the USA, we still expect to see robust annual growth in the number of new installations which will in turn drive revenue growth.

We expect to see longer term growth in profitability achieved through:

- Capital cost reductions through technology developments

- Efficiency and productivity in field service and back office operations

- A fully integrated information technology platform.

We continue to renew approximately 85% of the contracts that run full term and are up for renewal.  Most of the cities that do not renew at end of contract have made a decision not to continue photo enforcement activity, and do not move their business to a competitor.  We have also seen a small number of contracts terminated for various reasons before end of contract.

Part of the strategy outside of the US has been to move the business model from the historical sale of products and services to a full service outsourced business with long term recurring revenue streams.  With outsourced operations contracted in the Northern Territory, New South Wales, in Ireland and in Saudi Arabia, we have now made good progress in that direction and expect to keep growing that aspect of the business.

Continuing technology development is crucial to keep us competitive and profitable and we expect to continue our investment in Research and Development at a rate in excess of 3% of revenue. R&D is carried out cooperatively in both the US and Australia.

**Thanks**

Thank you to all those who have been a part of our successes to date.  In particular, thank you to all of the dedicated and professional employees of Redflex who have worked extremely hard to ensure that Redflex remains number one.  Thank you also to all of our supportive shareholders, the board, and our customers, suppliers and advisers.

Graham Davie
19 November 2010



REDFLEX HOLDINGS LIMITED

ANNUAL GENERAL MEETING NOVEMBER 2010





# INTRODUCTION

- Redflex continues to be profitable

- Maintained number one position in its industry in revenue generated

- Underlying profitability, after non-recurring effects is strong.

- However, the economic environment is difficult

- US economy is still weak post GFC

- Recovery could take some time

- Growth is expected to continue, but we have moderated expectations of the rate of growth

- Exchange rates add challenges in international markets

## ACQUISITION EXPRESSION OF INTEREST

- Board received an indicative, non-binding and confidential proposal from Macquarie
  - $2.50 per share
  - Followed Macquarie acquisition of nearly 11% shareholding in Redflex

- Greenhill Caliburn was appointed as financial adviser to advise on strategic options

- Announced that Macquarie proposal 'significantly undervalues Redflex'

- Advised that Redflex had been contacted by a number of other third parties

- Formal process, including confidentiality agreements, and access to due diligence information is being undertaken.

- First stage is now complete and a number of indicative non-binding offers above $2.50 per share have been received.

- A short list of prospective acquirers are being given access to further due diligence data to enable them to firm up their offers

- No assurance that the process will result in any formal proposal being submitted to shareholders

- Board believes that Redflex has an attractive independent future and is well positioned to deliver strong growth



# STRATEGY

- **Key elements of Strategic Direction**

  - Maximising revenue from existing, new and renewed contracts

  - Reducing risk in the business

  - Reducing operating and capital costs through innovative technology developments

  - Identifying new sources of revenue from existing customers

- **Initiatives in these areas are already showing results**

  - CAPX per camera reductions are emerging from new developments

  - Operating efficiencies are being realised





# MAJOR NON-RECURRING ISSUES IN FY10

- Competitor Litigation

- Arizona State-wide speed program

- Both these issues are now largely behind us

- Underlying results excluding these effects is strong



# INTRODUCTION

- **Redflex continues to make a substantial contribution to public safety globally**

  - Savings in lives
  - Reduction in injury rates
  - Reductions in accidents and property damage

- **Strong growth in installed cameras, revenue, underlying EBITDA and underlying profit**

  - Despite adverse currency movement

8

# REVENUE TREND

**REVENUE ($m)**

CAGR 30%



**Note:** FY10 shows $19 million adjustment for Exchange rate effect (18% adverse movement relative to FY09 applicable to USD revenue)

# STRONG UNDERLYING PROFITABILITY

- Statutory profit was adversely impacted by a number of non-recurring events which, once eliminated, demonstrate Redflex's strong underlying profitability

| Issues | NPBT (AU$'000) | EBITDA (AU$000) |
|---|---|---|
| **Reported result** | **442** | **32,984** |
| Cost of litigation by competitor | 4,330 | 4,330 |
| Arizona state-wide program loss (excluding allocation of operating expenses) | 5,010 | 2,619 |
| Write down on Arizona state-wide program | 5,688 | 5,688 |
| Write down on contract terminations | 2,750 | 2,750 |
| Pre-contract costs and restructure | 850 | 850 |
| **Underlying Result** | **19,070** | **49,221** |



# FY2010 RESULTS

**EBITDA**

- Down from $45.5 million to $33.0 million on a reported basis

- Underlying result of $49.2 million represents an 8.2% increase

**Net Profit Before Tax**

- Down from $13.4 million to $0.44 million on a reported basis

- Underlying result of $19.1 million represents a 42.6% increase

**Net Profit After Tax**

- Down from $9.6 million to $0.72 million on a reported basis

- Underlying result of $12.4 million represents a 28.7% increase





**EBITDA**

8%

FY09   FY10

**NPBT**

42%

FY09   FY10

**NPAT**

29%

FY09   FY10

**Notes:** Currency movements in FY10 adversely impacted revenue and earnings (see next page) FY10 graphs show reported and underlying results, without the effect of Arizona state-wide contract loss, competitor litigation, write downs, pre-contract costs and restructure costs

Redflex Holdings Limited - *Annual General Meeting 2010*

# EFFECT OF EXCHANGE RATE

- **Average USD/AUD exchange rate was 88.2 cents**
  - Previous corresponding period (FY09) – 74.8 cents
  - Adverse movement of 18%

- **Period end USD/AUD exchange rate at 30 June 2010 – 85.7 cents**
  - At 30 June 09 – 80.5 cents
  - Adverse movement of 6.5% for balance sheet conversion

- **Effect is on US$ revenues which are 79% of group revenue**

- **Translation effects are not hedged**

- **Any significant transaction (contract) risks are hedged**



# GROUP FUNDING

- **Build Own Operate Maintain (BOOM) business remains capital intensive**
  - Up front funding of camera installations
  - Technology developments are in progress to **significantly reduce per camera CAPX**

- **Banking Facility**
  - USD $100 million facility - US$91.5 million for US business, remainder in support of international working capital and investment requirements
  - Drawn to US$69.7 million at 30 June 2010 (no drawings since Aug 09)

- **Capital Raising $32 million**
  - Placement $15 million at $2.04
  - Rights Issue $17 million at $2.04

- **Net Debt at 30 June 2010 – A$43 million**

- **Gearing Ratio – Net Debt/Equity 37%**



14

# INTERNATIONAL ACHIEVEMENTS



- **Canada – Insurance Corporation of British Columbia**
  - 140 intersection safety cameras
  - Image and Infringement Processing System back office
  - Deliveries and installation in progress

- **Saudi Arabia**
  - $60 million in 4 contracts signed
  - Supply of cameras and back office
  - Operation of back office for 5 years

- **Ireland**
  - In GoSafe consortium that won major contract
  - Camera systems and back office have being delivered
  - 5 year service program with possible extensions
  - System is now live

# INTERNATIONAL ACHIEVEMENTS (CONTINUED)



**Qatar**

- Delivered a further 24 camera systems (after initial order of 86)
- Additional 12 freeway speed camera systems for Doha

**New Zealand**

- Delivered 45 mobile radar speed cameras to NZ Police

**Hong Kong**

- Major contract over $3million for radar speed cameras
- 20 cameras rotating among 100+ locations
- Replaces previous vendor wet-film systems



# AUSTRALIAN ACHIEVEMENTS



- **New South Wales**
  - Award of contract for Mobile Enforcement Program – 6 in-car cameras in service.
  - Point-to-point average speed system approved and gazetted. Now in service
  - Redflex selected to supply 44 red light camera systems
  - Bus Lane and School speed zone cameras- upgrades and new systems
  - Engine Brake Noise Enforcement System accepted. Additional 3 systems purchased

- **Northern Territory**
  - Redflex now provides full end-to-end photo enforcement services
  - Back Office services
  - Additional Red-Light and Speed Cameras installed

- **Victoria**
  - 40 new speed and red light cameras have been contracted
  - Winning 80% of opportunities in state

16



# AUSTRALIAN ACHIEVEMENTS (CONTINUED)



■ **South Australia**

- Won tender for supply of enforcement cameras for next three years
- Scope covers red-light/speed, fixed speed cameras, point to point speed and railway crossing cameras.

■ **Western Australia**

- Installed 12 red light and speed cameras
- Automatic Licence Plate Recognition system for Main Roads WA
- Upgraded Image and Infringement Processing back office system

■ **Queensland**

- Image and Infringement Processing back office system being delivered
- Red-Light, Speed and Point-to-Point cameras supplied for evaluation – tender win.





18

# RESEARCH AND DEVELOPMENT

- Ongoing technology development on wide front

- Lane specific speed enforcement radar system

- Integration of secondary speed verification into radar products

- Major enhancements to back office software, for efficiency and productivity improvements in both processing and maintenance

- Invested 3.5% of revenue in FY10 on R&D

- Need to maintain investment in technology development to keep Redflex at the forefront of our industry

- R&D is carried out in both Australia and USA



19

# APPROVALS

- **Work continues on gaining product approvals in a number of key jurisdictions**

- **Type approval by NMI in the Netherlands**

  - New Radarcam system
  - Fixed radar system
  - Removable Universal Camera System (RUCS)
  - Forms basis for further approvals in a number of European countries

- **In Turkey our redlight/speed product has been approved**

- **In NSW our point to point system has been approved and gazetted**

# GROUP OUTLOOK

- **Focus on building the business and delivering value**

- **Despite global and US economic pressure, robust growth is still anticipated for the years ahead.**

- **Longer term growth in profitability will be achieved through:**

  - CAPX reductions planned progressively through technology developments
  - Efficiency and productivity in field services and back office operations
  - Fully integrated information technology platform

- **Contract renewals at end of contract confirm long term nature of the business**

- **Focus on building outsourced/Build Own Operate business outside US**

- **Aggressively pursue opportunities for the Australian/International business**

- **Continue to invest over 3% of revenue in R&D**



# REDFLEX TRAFFIC SYSTEMS, INC.

## OVERVIEW

- Redflex Traffic Systems, Inc. continues to hold the number one position in the USA market in terms of jurisdictions under contract and operational systems

- Redflex wins an average of 66% of open competitive tenders

- 22 new contracts were executed with cities in the USA in FY10.   In total this equates to 65% more executed contacts than the nearest competitor (in enabling markets)

- A net increase of 13% in the number of road safety camera systems installed in the USA Build Own Operate and Maintain market from 1661 to 1879 (increase of 218 net systems) in FY10

  - Automated Enforcement in the US is still fundamentally in its infancy

- Opened the Canadian market with the largest intersection safety camera contract in the Country

- Operating the largest road safety camera program in the US with 384 operational systems in the City of Chicago



# REDFLEX TRAFFIC SYSTEMS, INC.

## OVERVIEW (CONTINUED)

- **36 contracts renewed in FY10, with long-term partner cities, including large metropolitan cities with Santa Ana and Columbus**

  - 2 incumbent contracts were secured as a result of an open competitive tender

- **Substantial add-on enforcement solution opportunities (utilize infrastructure and contractual relationships).**

- **Initiated improvements in system efficiency and  reduced capital costs**

- **Victory in ATS Lawsuit**

- **Successful resolution of 9 lawsuits**

- **DPS Contract ended that resulted in an operating loss in FY 10 of $5 million, with an asset write-down of $5.7million, countered with a letter from the customer on Redflex's exceptional performance**

- **Headquartered in Phoenix Arizona with 385 staff (at 31 October) and generated c. 79% of group revenues**

# MARKET POSITION
## CURRENT & EMERGING MARKETS



Illinois
(469)

Texas
(241)

California
(465)

- 70%+ of the US population resides in photo-enforcement friendly regions

- 1000s of open jurisdictions are immediately available

- The US market is fundamentally underexploited with 12% penetration for red-light and <1% penetration for speed

- New legislative enablement's are being pursued and secured at both state and local levels. This will allow Redflex to leverage its current asset base through supplemental public safety opportunities. Redflex product portfolio expansion and enhancement is actively being developed and introduced

- 3 of the largest US states are enabled and operating Redflex intersection safety camera systems. In these markets, with express speed enablement, Redflex will be able to leverage its existing asset base and retrofit >1100 systems for supplemental public safety initiatives

# MARKET POSITION
## US MARKET SHARE

**TOTAL SHARE**



- Redflex
- ATS
- ACS
- Redspeed
- Gatso

44%

41%

10%

3%

2%

*As of October 2010*

25



# MARKET POSITION
## US MARKET SHARE (CONTINUED)



**SPEED SHARE**

Redflex · ATS · ACS · Gatso · Others

77%

14%

3%, 3%

3%

*Includes mobile, fixed, tripod and combos as of October 2010*



**INTERSECTION SAFETY SHARE**

Redflex · ATS · ACS · Gatso · Redspeed

44%

42%

10%

2% 3%

*Includes Redlight, Combos, Mobile Redlight, Railroad and Stop Sign as of October 2010*

**Note:** ATS growth in market share has been through acquisition of Nestor, Lasercraft and the Traffipax contracts





# MARKET POSITION
## US MARKET SHARE (CONTINUED)

- **Redflex continues to grow its total system installation base**

- **Redflex continues to expand its solution portfolio to focus on high revenue and high margin public safety applications**

- **Redflex continues to be able to leverage its current installation base with supplemental solutions**



**TOTAL SYSTEM INSTALLATION BY ENFORECMENT TYPE**

Legend:
- Mobile Red Light
- Stop Sign
- Rail Grade
- Speed Van
- Red Light / Fixed
- Speed Combo
- Fixed Speed
- Red Light

*Note: Includes DPS installations*

27



# POTENTIAL GROWTH IN PROGRAMS
## EXISTING AND NEW CUSTOMERS

- **Strong Commitment & Potential for Program Scope Expansion with Existing Partners**
  - Redflex has experience managing more of the Top 100 US cities than all the competition combined.
  - These programs have tremendous opportunity for substantial program expansion.
    - By comparison, Chicago, the 2nd largest US city currently supports 384 red-light systems and Phoenix, the 5th largest US city currently supports 10 red-light systems.
  - Recent independent studies have shown 50% of the cities who responded are likely to increase programs in the short-to-medium term.

- **Existing Contracts Facilitate Dramatic Install Base Growth**
  - Many contracts have specific terms allowing substantial program expansion.
  - Key cities like Newark, NJ contractually document expectations for programs with 100s of operational systems.

- **New Customers**
  - Contract awards and commitments from dozens of jurisdictions
  - RFP flow remains constant
  - Competition's key contracts are expiring and RFPs are being issued
  - Resource allocation and focus on new markets and solutions are being  actively advanced
  - Partnership and channel opportunities are being formalized

- **Renewal Contracts Facilitate Install Base Growth and Solution Diversity**
  - Top 100 cities like Columbus OH, the 16th largest US city, have executed a renewal contract for substantial expansion in both size and scope of their programs.
    - Double the size of their existing red-light enforcement program
    - Utilize mobile speed enforcement to patrol area where children assemble



# PUBLIC OPINION

- **The public is generally accepting of road safety cameras. Research has shown that when presented with even the most basic education, there is great support for the use of the systems.**

- **Law enforcement agencies and public safety stakeholders continue to ardently show support.**

- **Local and state officials are supporters and are becoming dependent on the force multiplication (more with less), revenue stream and public safety benefits achieved through road safety cameras.**

- **Strong supporting statements for road safety camera use from safety agencies: Federal Highway Administration, Governor's Office of Highway Safety, Insurance Institute for Highway Safety, International Association of Chiefs of Police, National Highway Transportation Administration, National Safety Council**

- **Independent Statewide Polling of Voters Demonstrates:**

  ✓ **80% of Americans in support**—*APCO Insight, December 2009*

  ✓ **77% of New Jersey in support**—*Public Opinion Strategies, October 2009*

  ✓ **77% of New York in support**—*Public Opinion Strategies, October 2009*

  ✓ **60% of Louisiana in support**—*Southern Media and Opinion Research, August 2009*

  ✓ **80% of Arizona in support**—*APCO Insight, February 2010*

  ✓ **66% of Missouri in support**—*Public Opinion Strategies, March 2009*



# KEY US GROWTH INITIATIVES
## TECHNOLOGY IMPROVEMENTS – INFRASTRUCTURE ENHANCEMENTS

- **Significant initiatives underway to reduce costs to process, operate and support the business while maximising scalability**

  - Immediate focus on systems integration and efficiency maximisation

  - Efficiency projects related to increasing automation of citation processing

  - Re-architecture project relating to enhancing efficiency of system applications

    - Greater ability to maintain and enhance systems

    - Automating operational processes

    - Smaller infrastructure footprint

    - Lower infrastructure hardware/software maintenance and IT personnel costs

    - Refocus staff on building new business functionality and applications rather than maintaining software

  - Many exciting opportunities to improve competitiveness, support future growth and success of the business



# KEY US GROWTH INITIATIVES
## FIELD OPERATIONS

- Process improvements, efficiencies and expense reduction

- Constructed 328 new camera systems and maintained total installed base with no headcount increase

- Rollout of Digital Camera Monitoring System (DCMS)

- Centralization of administrative and monitoring functions

- Cross utilization of installation and maintenance staff

- Improved violation throughput and reduced failure rate through technology enhancements (SmartCheck/SmartView)

- Further savings through technology enhancements are proposed for FY11



# KEY US GROWTH INITIATIVES
## OTHER

- **Focussed Efforts on:**
  - Tighter contract language
  - More aggressive collection efforts in key markets
  - Strengthening IT/IS infrastructure
  - New products and services

- **REDFLEXspeed Tow and Go™ mobile – a towable trailer**
  - This onsite unattended vehicle offers the combination of remote security surveillance capabilities (video, intrusion detection, GPS tracking) with the proven mobile photo enforcement system in a highly secure and flexible package
  - The system is monitored throughout its deployment from central monitoring location
  - Equate to more efficient and effective speed enforcement
  - Significant staff reductions to operate compared to a vehicle

- **Network Operations Centre (NOC)**
  - Remote monitoring of mobile speed enforcement operations
  - Remote monitoring and maintenance of fixed camera systems
  - Real-time alerts of faults for rapid problem resolution, resulting in increased throughput
  - Centralized triage before dispatch to ensure proper parts available for repair visit

- **System cost reduction and portability initiatives**
  - Redflex engineering group effort
  - Reduce both installation and overall system costs, improved ability/viability to relocate equipment



# LEGISLATIVE ENVIRONMENT

- **REDFLEX continues to lead the industry in proactively seeking to enable and improve the statutory basis for road safety systems as well as defend adverse developments**

  - Enabling bills continue to be introduced in multiple state legislatures

  - Negative legislation and citizen led ballot initiatives at both municipal and state levels are potential threats and will be funded and fought

- **In other key states**

  - Multiple legislative sessions have ended with no material adverse changes to the relevant laws

  - In excess of 40 negative bills were defeated this legislative session

  - Efforts continue to protect against adverse bills

  - Opportunities to introduce or define speed enabling legislation are being identified

  - Efforts to clarify laws to improve collections, enforcement and efficiencies continue

  - Working aggressively to open new states

33



# SAFETY OUTCOMES

- **A recent independent study revealed c. 85% of cities with intersection safety camera programs believe the program has achieved its objectives**

- **Police and transportation officials believe road safety cameras are successful in reducing speeds and accidents**

  - "We've only had our speed cameras operating for 6 months, but they've already reduced accidents by 30%." Mount Carmel, TN(1)

- **Respondents cited quantifiable safety impact of road safety camera programs**

  - "[The program] reduced right angle crashes by 76.3% and red-light running by 58.9%." Columbus OH(2)

  - "Our citizens realized we had a serious problem and something extra was needed to improve everyone's safety...We've had no fatalities on monitored roads since 2006." Clive, IA (3)

  - "They have been extremely successful—our data found 51% fewer crashes at monitored intersections." Plano, TX (1)

  - "One of our monitored intersections used to be on the list of the top 10 deadliest in the country...we cut accidents there by 50% to get it off the list." Sacramento, CA (1)

1. *Recent independent study*
2. *3/5/10 Memo from Director of Public Safety titled "Recommendation of Limited Expansion of the "Focus on Safety Program"*
3. *Excepts from a 12-07 Iowa State University, Center for Transportation Research and Education study.*

# MARKETING/COMMUNICATION STRATEGIES

- Changing public conversation through education





# MARKETING/COMMUNICATION STRATEGIES
## (CONTINUED)

- **Strategies**
  - 1) Protect and elevate Redflex corporate brand
    - assist customers in public information efforts
    - changing public conversation through education & data
  - 2) Promote formation of safety advocacy associations and coalitions
    - changing public conversation through advocates' personal experience

- **Tactics**

- **State Campaigns**

- **Illinois**
  - Grassroots advocacy building through formation of a safety coalition
  - Aggressive campaign to obtain safety-based media coverage
  - Testimonies of law enforcement supporters and victims advocates to committee hearings at state legislature

- **Arizona**
  - Formation of safety coalition
  - Guerilla media strategies to counter balance opposition
  - Opposition failed to obtain signatures required for statewide banning referendum

- **Ohio**
  - Grassroots advocacy building through formation of both safety coalition and political action committee (PAC)
  - Aggressive campaign to obtain safety-based media coverage
  - Formation of political action committee to bolster public support in Garfield Heights, led by local Mayor, Police Chief and citizens; voter referendum to prohibit program passed by a narrow margin in the range of only 100 votes; final results pending



# MARKETING/COMMUNICATION STRATEGIES
## DOCUMENTARY ON ROAD SAFETY CAMERAS

- **Documentary film maker works with Redflex to create a piece that puts the road safety camera controversy into perspective.  Redflex will spread this "controlled content" to:**

- **Gain credibility:** Use the power of  unaffiliated and beyond reproach 3rd party experts, community leaders, government officials, law enforcement to defeat arguments against speed and intersection safety camera deployment

- **Gain perspective:** Elevate the issue and put road safety cameras in the context of overall road safety and relate it to dangerous driver behaviours and law breaking; compare the "my rights" and "big brother" controversy with the advent of mandated seat belt use in the 70's and 80's in the U.S.

- **Change the conversation:** Arm advocates and politicians with the right facts on the issues and preponderance of data; take public debate away from the naysayers and bring conversation back to the issue of road safety and proven benefits of the technology

- **Viewership:** DVD mailing, webcast, emailable segments, sales presentations, city council meetings, public presentations, conferences & tradeshows, etc.

